UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

KELLEY STRATTON,

        Plaintiff,                              Case No. 2:22-cv-112

v.                                        Hon. Jane M. Beckering

NORTHERN SERVICE BUREAU, INC.,

        Defendant.
_____/

**NOTICE REGARDING ASSIGNMENT OF CASE
AND NOTICE OF DEFICIENCY**

      NOTICE is hereby given that the above-captioned case was electronically filed in this court on May 26, 2022 .   The case has been assigned to Jane M. Beckering .

      The filing party has failed to submit the filing fee as required by 28 U.S.C. § 1914(a) and W.D.Mich.LCivR 5.7(c). The filing fee must be paid electronically, by credit card, or a motion for leave to proceed *in forma pauperis* must be filed, at the time the initial pleading is electronically submitted. **The 402.00 filing fee or the IFP motion is due immediately**. Failure to comply may result in dismissal of the action.  To pay by credit card, log in to CM/ECF. Click *Civil* on the blue menu bar, and under the *Fees, Make a Payment* section, select the *Filing Fee (Civil Case) – Credit Card Payment* event.  For further information, see the reference materials available on the court website.

                                                CLERK OF COURT

Dated:  May 27, 2022        By:    /s/ E. Siskind
                                           Deputy Clerk