AO 440 (Rev. 01/09) Summons in a Civil Action

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

**SERVED**

KELLEY STRATTON

v.

NORTHERN SERVICE BUREAU, INC.

Case No. 2:22-cv-00112-JMB-MV
Hon. Jane M. Beckering

TO: NORTHERN SERVICE BUREAU, INC.
ADDRESS: c/o KEVIN WENDT
111 N 9TH STREET
ESCANABA, MI 49829

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Nathan C. Volheim
Sulaiman Law Group, Ltd.
2500 South Highland Avenue, Suite 200
Lombard, IL 60148

CLERK OF COURT

By Deputy Clerk      June 22, 2022
                     Date

## PROOF OF SERVICE

This summons for __NORTHERN SERVICE BUREAU, INC.__ (name of individual and title, if any) was received by me on __July 12th, 2022__ (date).

☐ I personally served the summons on the individual at _____ (place where served) on _____ (date).

☐ I left the summons at the individual's residence or usual place of abode with _____ (name), a person of suitable age and discretion who resides there, on _____ (date), and mailed a copy to the individual's last known address.

☑ I served the summons on __DAWN SUNDWALL__ (name of individual), who is designated by law to accept service of process on behalf of __NORTHERN SERVICE BUREAU__ (name of organization) on __7-19-22__ (date).

☐ I returned the summons unexecuted because _____

☐ Other (specify) _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under the penalty of perjury that this information is true.

Date: __7/19/2022__

Server's signature

M. HANSON
Server's printed name and title

2800 COLLEGE AVE, ESCANABA
Server's address

DELTA COUNTY SHERIFF'S DEPT.

Additional information regarding attempted service, etc.: