# Northern Service Bureau Escanaba, Inc.
*Collections*                                                      **Kevin Wendt**, Owner/Manager

111 North 9th Street·Escanaba, MI 49829
PHONE: 906-786-2411 or 786-2242
FAX: 906-786-2440

5/6/2019

KELLEY E STARK
119 S 2ND ST
ISHPEMING MI 49849

ACCOUNT OF:    MARQUETTE GENERAL EMS

| LAST ACTIVITY | ACCOUNT NUMBER | BALANCE |
|---|---|---|
| 9/25/2018 | 20181624WA | $118.76 |

**This account has been placed with us for collection.** This is our request for **PAYMENT IN FULL.**

This is your notification that this is an attempt to collect a debt. Any information will be used for that purpose.

Bring or mail **PAYMENT IN FULL** to our office.

Thank you,

Northern Service Bureau

---

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute this validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice this office will provide you with the name and address of the original creditor, if different from the current creditor.

---

Please detach this portion and return with your payment.

CARD NUMBER:_____ EXP DATE:_____

CARD HOLDER NAME:_____ CVV:_____

SIGNATURE:_____ ACCOUNT PAID:_____

**************************************************************************
THIS COMMUNICATIONS IS FROM A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. SOME ACCOUNTS MAY OR MAY NOT BE TIME-BARRED AND NO LONGER ENFORCEABLE.

**Exhibit 1**
**Page 1**

# Northern Service Bureau Escanaba, Inc.
*Collections*

**Kevin Wendt**, Owner/Manager

111 North 9th Street·Escanaba, MI 49829
PHONE: 906-786-2411 or 786-2242
FAX: 906-786-2440

5/29/2019

KELLEY E STARK
119 S 2ND ST
ISHPEMING MI 49849

ACCOUNT OF:      MARQUETTE GENERAL EMS

| LAST ACTIVITY | ACCOUNT NUMBER | BALANCE |
| --- | --- | --- |
| 9/25/2018 | 20181624WA | $118.76 |

**This account has been placed with us for collection.** This is our request for **PAYMENT IN FULL**.

This is your notification that this is an attempt to collect a debt. Any information will be used for that purpose.

Bring or mail **PAYMENT IN FULL** to our office.

Thank you,

Northern Service Bureau

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute this validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice this office will provide you with the name and address of the original creditor, if different from the current creditor.

Please detach this portion and return with your payment.

CARD NUMBER:_____ EXP DATE:_____

CARD HOLDER NAME:_____ CVV:_____

SIGNATURE:_____ ACCOUNT PAID:_____

••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••
THIS COMMUNICATIONS IS FROM A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. SOME ACCOUNTS MAY OR MAY NOT BE TIME-BARRED AND NO LONGER ENFORCEABLE.

**Exhibit 1**
Page 2

NORTHERN SERVICE BUREAU ESCANABA, INC
A COLLECTION AGENCY
111 N 9TH ST
ESCANABA MI 49829
906-786-2411 www.nsbureau.com

KELLEY E STARK                                                6/26/2019
119 S 2ND ST
ISPEMING MI 49849

## WE MUST HAVE YOUR CALL

### YOUR TOTAL BALANCE IS:   $118.76

You have not responded to our previous attempts regarding your collection accounts.

Call us immediately at the number above if there is a reason this account has not been paid. If you have paid all or part of the account, or dispute the claim, it is still important you contact us now. Call us even if you don't have any money right now.

NORTHERN SERVICE BUREAU

**This communication is from a debt collector. This is an attempt to collect a debt. Any information obtained will be used for that purpose. Some accounts my or may not be time-barred and no longer enforceable.**

---

Please detach this portion and return with your payment

[ ] VISA [ ] MASTERCARD [ ]DISCOVER

CARD NUMBER_____EXP DATE_____ CVV_____

CARD HOLDER NAME_____

SIGNATURE_____AMOUNT PAID_____

KELLEY E STARK
119 S 2ND ST
ISPEMING MI 49849

**Exhibit 1**
**Page 3**

NORTHERN SERVICE BUREAU ESCANABA, INC
A COLLECTION AGENCY
111 N 9TH ST
ESCANABA MI 49829
906-786-2411 www.nsbureau.com

KELLEY E STARK                                                        11/27/2020
119 S 2ND ST
ISPEMING MI 49849

## PLEASE ANSWER WITH THIS NOTICE

REGARDING YOUR ACCOUNT WITH:

**YOUR TOTAL BALANCE IS:   $118.76**

We want a check of some kind on this account. Either a real check or a pencil check in one of the squares below.  Between the two of us, we would like to know where we stand. Check up on your finances and drop us the good news.

[ ] Here is all of it.                                    [ ] Here is part of it to show my heart is in the
[ ]Mailed check yesterday                               to show my heart is in the right place.
[ ] Sending a check but it is post                      [ ] Will pay $_____each payday which
   Dated a few days                                    [ ] Don't intend to pay until I am sued for it.

Give us a reason for not sending your payment.
_____

**This communication is from a debt collector. This is an attempt to collect a debt.  Any information obtained will be used for that purpose. Some accounts may or may not be time-barred and no longer enforceable.**

_____

Please detach this portion and return with your payment
[ ] VISA [ ] MASTERCARD [ ]DISCOVER
CARD NUMBER_____EXP DATE_____ CVV_____
CARD HOLDER NAME_____
SIGNATURE_____AMOUNT PAID_____
KELLEY E STARK
119 S 2ND ST
ISPEMING MI 49849

Exhibit 1
Page 4

NORTHERN SERVICE BUREAU ESCANABA, INC
A COLLECTION AGENCY
111 N 9TH ST
ESCANABA MI 49829
906-786-2411 www.nsbureau.com

KELLEY E STARK   2/15/2021
119 S 2ND ST
ISPEMING MI 49849


**YOUR TOTAL BALANCE IS:   $118.76**

**WE NOT OFFER A FREE SERVICE OF A CHECK PAYMENT BY PHONE.**

**FAST AND EASY.**

**WE HAVE NOT RECEIVED YOUR MONTHLY PAYMENT.** TO AVOID OUR PHONE CALLS AND NOTICES PLEASE INDICATE BELOW WHEN YOUR PAYMENTS WILL REACH US EACH MONTH

_____ EACH MONTH.


NORTHERN SERVICE BUREAU


This communication is from a debt collector. This is an attempt to collect a debt. Any information obtained will be used for that purpose. Some accounts my or may not be time-barred and no longer enforceable.

---

Please detach this portion and return with your payment

[ ] VISA [ ] MASTERCARD [ ]DISCOVER

CARD NUMBER_____EXP DATE_____ CVV_____

CARD HOLDER NAME_____

SIGNATURE_____AMOUNT PAID_____

KELLEY E STARK
119 S 2ND ST
ISPEMING MI 49849

**Exhibit 1**
**Page 5**

NORTHERN SERVICE BUREAU ESCANABA, INC
A COLLECTION AGENCY
111 N 9TH ST
ESCANABA MI 49829
906-786-2411 www.nsbureau.com

KELLEY E STARK  3/23/2021
119 S 2ND ST
ISPEMING MI 49849

**YOUR TOTAL BALANCE IS:   $118.76**

**WE NOT OFFER A FREE SERVICE OF A CHECK PAYMENT BY PHONE.**

**FAST AND EASY.**

**WE HAVE NOT RECEIVED YOUR MONTHLY PAYMENT.** TO AVOID OUR PHONE CALLS AND NOTICES PLEASE INDICATE BELOW WHEN YOUR PAYMENTS WILL REACH US EACH MONTH

_____ EACH MONTH.

NORTHERN SERVICE BUREAU

This communication is from a debt collector. This is an attempt to collect a debt. Any information obtained will be used for that purpose. Some accounts my or may not be time-barred and no longer enforceable.

---

Please detach this portion and return with your payment

[ ] VISA  [ ] MASTERCARD  [ ]DISCOVER

CARD NUMBER_____EXP DATE_____ CVV_____

CARD HOLDER NAME_____

SIGNATURE_____AMOUNT PAID_____

KELLEY E STARK
119 S 2ND ST
ISPEMING MI 49849

Exhibit 1
Page 6

```
NORTHERN SERVICE BUREAU OF ESCANABA INC.
           A COLLECTION AGENCY
              111 NORTH 9TH ST
             ESCANABA MI 49829
         906-786-2411 www.nsbureau.com
```

KELLEY E STARK                              04/06/2022
119 S 2ND ST
ISHPEMING MI   49849


TOTAL BALANCE DUE:       $118.76

WE NOW OFFER A FREE SERVICE OF A CHECK PAYMENT BY PHONE.
                     FAST AND EASY.

**WE HAVE NOT RECEIVED YOUR MONTHLY PAYMENT.** TO AVOID OUR
PHONE CALLS AND NOTICES PLEASE INDICATE BELOW WHEN YOUR
PAYMENTS WILL REACH US EACH MONTH.

_____OF EACH MONTH.


NORTHERN SERVICE BUREAU


**This communication is from a debt collector. This is an
attempt to collect a debt. Any information obtained will be
used for that purpose. Some accounts may or may not be
time-barred and no longer enforceable.**

************************************************************

Please detach the lower portion and return with your payment
                    [] VISA    [] MASTERCARD    [] DISCOVER

    CARD NUMBER:_____  EXP.DATE:_____

    CARD HOLDER NAME:_____  CVV:_____

    SIGNATURE: _____  AMOUNT PAID:_____

    **KELLEY E STARK
    119 S 2ND ST
    ISHPEMING MI   49849**


Exhibit 1
Page 7

```
       NORTHERN SERVICE BUREAU ESCANABA, INC
                A COLLECTION AGENCY
                   111 NORTH 9TH ST
                  ESCANABA MI 49829
             906-786-2411 www.nsbureau.com
```

KELLEY E STARK                                    04/21/2022
2243 COUNTY RD 601
REPUBLIC MI   49879


**TOTAL BALANCE DUE:**       $118.76

JUST A REMINDER NOTE  TO SEND IN  YOUR PAYMENT, PAYMENTS ARE
ACCEPTED  ON  YOUR ACCOUNT AS A COURTESY  TO  YOU  AND  YOUR
BUDGET.  IT CAN BE WITHDRAWN AT ANY TIME.

WE WILL WORK WITH YOU AS LONG AS  YOU  SEND IN YOUR PAYMENTS
REGULARLY.

WE ALSO ACCEPT FREE OF CHARGE CHECK  BY  PHONE. YOU CAN ALSO
MANAGE YOUR ACCOUNT ONLINE AT **WWW.NSBUREAU.COM**


SINCERELY,

NORTHERN SERVICE BUREAU


**This communication is from a  debt  collector. This  is  an
attempt to collect a debt. Any information  obtained will be
used  for that purpose. Some accounts  may  or  may  not  be
time-barred and no longer enforceable.**

*************************************************************

Please detach the lower portion and return with your payment
                          [] VISA    [] MASTERCARD   [] DISCOVER

   CARD NUMBER:_____    EXP.DATE:_____

   CARD HOLDER NAME:_____  CVV:_____

   SIGNATURE: _____  AMOUNT PAID:_____

   **KELLEY E STARK**
   **2243 COUNTY RD 601**
   **REPUBLIC MI  49879**

Exhibit 1
Page 8

NORTHERN SERVICE BUREAU ESCANABA INC
A COLLECTION AGENCY
111 NORTH 9TH ST
ESCANABA MI 49829
906-786-2411 www.nsbureau.com

KELLEY E STRATTON                                        07/12/2022
2243 COUNTY RD 601
REPUBLIC MI  49879

**Total balance due:**     $118.76
       With regard to the balance  owing  on  the above listed accounts, please allow us to give  you  the clear picture of your responsibility.
       Two separate contracts are  involved.   One contract is between you an your insurance company  in which you agree to pay certain medical expenses.
       The second contract is between  you  and  the creditor. The creditor offered to give you  professional  services for which  you would be obligated to  make  full  payment.   You accepted the services.
       Your contract with your insurance  company  is entirely separate from your obligation to  pay  in  full for services from  the  creditor.   The  law is specific  in  making  you personally responsible for your  bills.  Any dispute you may have with your insurance company  is  irrevelant.   You must pay.  Seeking reimbursement from  your  insurance company is your perogative,and does not alter the fact you must pay for what you received.

       Please contact this office for prompt payment.

 Sincerely,

NORTHERN SERVICE BUREAU


****************************************************************
ACCEPTING VISA/MASTER AND DISCOVER CARDS, WE ALSO DO FREE
CHECK BY PHONE.  VISIT OUR WEBSITE AT WWW.NSBUREAU.COM TO MANANGE
YOUR ACCOUNT.

THIS COMMUNICATIONS IS FROM A DEBT COLLECTOR. THIS IS AN ATTEMPT
TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT
PURPOSE. SOME ACCOUNTS MAY OR MAY NOT BE TIME-BARRED AND NO
LONGER ENFORCEABLE.

Exhibit 1
Page 9

```
================================================================================
DEBTOR NUMBER: 20181624W         NAME: STRATTON, KELLEY E
================================================================================

ADDRESS:    2243 COUNTY RD 601                HOME PHONE: 906-204-4574
            REPUBLIC MI  49879                WORK PHONE:

BIRTH DATE: 03/07/1985                        NEXT PAY DATE: 08/05/2022
SOC SEC NO: 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                       PAYMENT SCHED:
    DRLIC:
EMPLOYMENT:

--------------------------------------------------------------------------------

              *** DEBTOR PROFILE -- ACCOUNT INFORMATION ***

                   *** TOTAL DUE:      $118.76 ***

--------------------------------------------------------------------------------

ACCOUNT NUMBER: 20181624WA        CREDITOR: MQTEMS
CLIENT  NUMBER: 20181624W                   MARQUETTE GENERAL EMS
ACCT NAME: STARK, KELLEY E


LISTED:         05/28/2019       $118.76      TOTAL BAL:       $118.76
LAST PAYMENT:   01/01/1900         $0.00
SAT/OVERPAY:    01/01/1900         $0.00      Principal:       $118.76
LAST ACT DATE:  09/25/2018
DELINQ/DEBIT DATE: 10/26/2018                 INT RATE:         0.0000%
NEXT CB ACTION: N
LAST CB ACTION: S  07/25/2022

      STATUS: NO PMT ACTIVELY WORKING

--------------------------------------------------------------------------------

              *** DEBTOR PROFILE -- NOTES INFORMATION ***


   DATE       TIME    CC    NOTES
   ----------  -----   ----  -------------------------------------------------
   06/24/2019  11:29   ds    LMAM 3X SNT NOTE
   09/20/2019  14:04   **    Home: M/D
   09/20/2019  14:04   **    L/M
   10/31/2019  11:41   **    Home: M/D
   10/31/2019  11:41   **    L/M
   01/22/2020  09:11   **    PD: OpInt: Number is not available
   01/22/2020  09:11   **    Home: Op Int: Retry
   05/28/2020  11:38   **    PD: OpInt: Number is not available
   05/28/2020  11:38   **    Home: Op Int: Retry
   05/28/2020  14:38   **    PD: OpInt: Number is not available
   05/28/2020  14:38   **    Home: Op Int: Retry
   06/05/2020  10:03   **    PD: OpInt: Number is not available
   06/05/2020  10:03   **    Home: Op Int: Retry
   10/13/2020  09:37   **    Home: NO ANSWER
```

Exhibit 1
Page 10

```
  DATE        TIME     CC    NOTES
----------   -------  ----   ----------------------------------------------
10/27/2020    10:30    **    PD: Change to No Contact Queue 2W from 2PP
11/27/2020    11:22    DMS   NUMBER NOT WORKING IN DIALER, SENT NOTE
04/18/2022    16:23    DM    ATTEMPTED - NOT KNOWN - MAIL RETURN
04/18/2022    16:24    DM    AC: 119 S 2ND ST ISHPEMING, MI 49849 HP:906-464-60
04/18/2022    16:24    DM       30
04/18/2022    16:25    DM    PC: HP:920-370-2452
04/18/2022    16:25    DM    NEW ADDRESS FOUND PER TLO
04/18/2022    16:25    DM    SENT REMINDER
05/19/2022    11:49    **    PD: Abandoned call to home
05/19/2022    11:49    **    PD: Abandoned call to home
05/25/2022    11:41    **    PD: Abandoned call to home
05/25/2022    11:41    **    PD: Abandoned call to home
05/25/2022    11:43    DS    MRS SAID SHE WILL CALL BACK TOMORROW AND MAKE A
05/25/2022    11:43    DS       PAYMENT
05/27/2022    16:02    DS    MRS SAID SHE IS DRIVING RIGHT NOW WILL CALL
05/27/2022    16:02    DS       TUESDAY
06/01/2022    11:37    DS    NO ANS
06/09/2022    09:41    **    PD: Abandoned call to home
06/09/2022    09:41    **    PD: Abandoned call to home
06/13/2022    11:21    DS    LMAM
07/07/2022    10:16    **    PD: Abandoned call to home
07/07/2022    10:16    **    PD: Abandoned call to home
07/12/2022    09:38    DS    MRS WENT ON ABOUT INS, SHE HUNG UP
07/12/2022    09:39    DS    SENT HER INS LETTER
```

---

*** DEBTOR PROFILE -- NOTICES INFORMATION ***

| CODE  | ACCOUNT NUMBER | LOC | DATE       | STATUS   | CAUSE   | PER | AMOUNT   |
|-------|----------------|-----|------------|----------|---------|-----|----------|
| LAM1  | 20181624W      | F   | 04/05/2019 | Sent(F)  | NB      |     | $118.76  |
| L001  | 20181624W      | F   | 05/06/2019 | Sent(F)  | NB      | DMS | $118.76  |
| L001  | 20181624WA     | F   | 05/29/2019 | Sent(F)  | NB      |     | $118.76  |
| L170  | 20181624WA     | F   | 06/26/2019 | Sent(F)  | User    | DS  | $118.76  |
| L161  | 20181624WA     | F   | 11/27/2020 | Sent(F)  | User    | DMS | $118.76  |
| LQN1  | 20181624WA     | F   | 02/15/2021 | Sent(F)  | User    | DMS | $118.76  |
| LQN1  | 20181624WA     | F   | 03/23/2021 | Sent(F)  | RunActU | DMS | $118.76  |
| QN    | 20181624WA     | F   | 04/06/2022 | Sent(I)  | User    | DS  | $118.76  |
| REMIN | 20181624WA     | F   | 04/21/2022 | Sent(I)  | User    | DM  | $118.76  |
| INSUR | 20181624WA     | F   | 07/12/2022 | Sent(P)  | User    | DS  | $118.76  |

Exhibit 1
Page 11