FILED
August 11, 2022 11:18 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: mlc SCANNED BY: MC /8/11/22

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTHERN MICHIGAN
NORTHERN DIVISION

**KELLEY STRATTON,**

      Plaintiff,

vs                                    File: 2:22-cv-00112-JMB-MV

**NORTHERN SERVICE BUREAU, INC.,**

      Defendant.
_____/

## PROOF OF SERVICE

On the date below, copies of:

DEFENDANT'S ANSWER TO COMPLAINT
PROOF OF SERVICE

were served on:

| | |
|---|---|
| Nathan C. Volheim<br>Plaintiff's Attorney<br>Sulaiman Law Group, Ltd.<br>2500 South Highland Avenue, Suite 200<br>Lombard, Illinois 60148 | United States District Court Clerk<br>for the Western District of Michigan<br>P.O. Box 698<br>330 Federal Building<br>Marquette, Michigan 49855 |
| By Postage Prepaid, First Class Mail | By Postage Prepaid, First Class Mail |

I declare that the statements above are true to the best of my information, knowledge, and belief.

Date: August 10th, 2022

Printed Name:

_____
Signature


100% Recycled fiber
80% Post-Consumer

**Window Envelop**
Use this envelope with shipping documents
or inkjet printer on plain paper.

Visit **ups.com®** or call **1-800-PICK-UPS®** (1-800-742-5877)
to schedule a pickup or find a drop off location near you.

**Domestic Shipments**
- To qualify for the Letter rate, UPS Express Envelopes may only contain correspondence, urgent documents, and/or electronic media, and must weigh 8 oz. or less. UPS Express Envelopes containing items other than those listed or weighing more than 8 oz. will be billed by weight.

**International Shipments**
- The UPS Express Envelope may be used only for documents of no commercial value. Certain countries consider electronic media as such. Visit ups.com/importexport to verify if your shipment is classified as a document.
- To qualify for the Letter rate, the UPS Express Envelope including its contents must weigh less than 8 oz.

**Note:** Express Envelopes are not recommended for shipments containing sensitive personal information or breakable items. Do not use for cash or cash equivalent.

```
NORTHERN SERVICE BUREAU      LTR         1 OF 1
111 N 9TH ST
ESCANABA  MI 49829


SHIP TO:
    UNITED STATES DISTRICT COURT CLERK
    FOR THE WESTERN DISTRICT OF MI
    202 W. WASHINGTON ST
    330 FEDERAL BUILDING
    MARQUETTE MI 49855


           MI 498 7-01
```

