UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

KELLEY STRATTON,

    Plaintiff,

v.

NORTHERN SERVICE BUREAU, INC.,

    Defendant.

_____/

Case No. 2:22-cv-112

HON. JANE M. BECKERING

## ORDER

On August 11, 2022, an Answer to the complaint (ECF No. 8) was filed on behalf of Defendant by Kevin Wendt, who does not appear to be an attorney. The Answer filed on behalf of Defendant is ineffective because Mr. Wendt cannot legally represent Defendant in federal court. "The rule of this circuit is that a corporation cannot appear in federal court except through an attorney." *Doherty v. American Motors Corp.,* 728 F.2d 334, 340 (6th Cir. 1984); *Ginger v. Cohn,* 426 F.2d 1385, 1386 (6th Cir. 1970). Under this rule, Mr. Wendt may not represent Defendant, nor can he file an answer or other submission on behalf of Defendant. In addition, the Answer fails to comply with W.D. Mich. LCivR 8.2, which requires a responsive pleading under Fed. R. Civ. P. 8(b) to recite verbatim that paragraph of the pleading, or amended pleading, to which it is responsive, followed by the response. For these reasons, the Answer is stricken. Accordingly:

**IT IS HEREBY ORDERED** that the Answer to the complaint (ECF No. 8) is STRICKEN.

**IT IS FURTHER ORDERED** that the Clerk of Court is directed to restrict access to Exhibit 1 of the Answer (ECF No. 8-1), with access limited to only the Court and counsel of record for the parties, as the documents included in the Exhibit contain account numbers and personal identifying information.

**IT IS FURTHER ORDERED** that Defendant has until September 12, 2022 to secure counsel to appear on its behalf and to file an answer or responsive pleading to the Complaint (ECF No. 1), or Plaintiff may seek an entry of default, and later default judgment, against Defendant.

**IT IS FURTHER ORDERED** that the Clerk of Court shall serve a copy of this Order on Kevin Wendt at the address provided in the executed summons (ECF No. 7).

Dated: August 15, 2022              /s/ Jane M. Beckering
                                    JANE M. BECKERING
                                    United States District Judge