UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

KELLEY STRATTON,

        Plaintiff,                              Case No. 2:22–cv–112

  v.                                       Hon. Jane M. Beckering

NORTHERN SERVICE BUREAU, INC.,

        Defendant.
_____/

## **NOTICE OF HEARING CANCELLATION**

      The Telephone Rule 16 scheduling conference set in this matter for **September 26, 2022** is hereby **adjourned without date.**   This conference will be rescheduled once order [11] is complied with

                                                U.S. Magistrate Judge

Dated:  August 15, 2022        By:   /s/ C. A. Moore_____
                                                  Courtroom Deputy