UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

KELLEY STRATTON,

    Plaintiff,

v.

NORTHERN SERVICE BUREAU, INC.,

    Defendant.

_____/

Case No. 2:22-cv-112

HON. JANE M. BECKERING

## ORDER

This Court having been informed through the filing of the Notice of Settlement (ECF No. 13) of the parties' agreement to settle this matter:

**IT IS HEREBY ORDERED** that appropriate dismissal papers shall be filed with the Court no later than November 7, 2022.

**IT IS FURTHER ORDERED** that the deadline for Defendant to file an answer or a responsive pleading to the Complaint (ECF No. 1) is stayed pending further order of the Court.

Dated: September 7, 2022

    /s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge