UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| KELLEY STRATTON,<br><br>Plaintiff,<br><br>v.<br><br>NORTHERN SERVICE BUREAU, INC.,<br><br>Defendant. | Case No. 2:22-cv-00112-JMB-MV<br><br>Honorable Jane M. Beckering |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

NOW COMES KELLEY STRATTON ("Plaintiff"), by and through her attorneys, Sulaiman Law Group, Ltd., and, in support of her Notice of Voluntary Dismissal with Prejudice, state as follows:

Plaintiff, pursuant to settlement and Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses her claims against the Defendant, NORTHERN SERVICE BUREAU, INC., with prejudice. Each party shall bear its own costs and attorney fees.

Dated: October 4, 2022

Respectfully Submitted,

*/s/ Nathan C. Volheim*
Nathan C. Volheim, Esq. (#6302103)
*Counsel for Plaintiff*
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, IL 60148
Phone (630) 575-8181
Fax: (630)575-8188
nvolheim@sulaimanlaw.com

## **CERTIFICATE OF SERVICE**

  I, the undersigned, hereby certify that on October 4, 2022, a true and correct copy of the above and foregoing document was filed with the Court and served on all parties requested electronic notification.

                   */s/Nathan C. Volheim*
                   Nathan C. Volheim